**DLD-225**                                            **NOT PRECEDENTIAL**

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 23-2124
_____

IN RE: SHAWN D. SHAW
                                                        Petitioner

_____

On a Petition for Writ of Mandamus from the
United States District Court for the District of New Jersey
(Related to D.N.J. Civ. No. 2:19-cv-16702)

_____

Submitted Pursuant to Rule 21, Fed. R. App. P.
September 28, 2023

Before: JORDAN, CHUNG, and SCIRICA, <u>Circuit Judges</u>

(Opinion filed: October 3, 2023)
_____

OPINION*
_____

**PER CURIAM**

On June 23, 2023, Petitioner Shawn D. Shaw filed a pro se petition for a writ of

mandamus asking this Court to order the District Court to act on his 28 U.S.C. § 2255

motion to vacate, set aside, or correct his sentence, which argued three grounds for relief.

---

* This disposition is not an opinion of the full Court and pursuant to I.O.P. 5.7 does not
constitute binding precedent.

By order entered May 19, 2022, the District Court denied grounds two and three of the petition, reserving ruling on ground one. By order entered July 24, 2023, the District Court denied ground one of the petition—the sole remaining claim raised by Petitioner's § 2255 motion—and declined to issue a certificate of appealability.

As Shaw's mandamus petition no longer presents a live controversy, we will dismiss it as moot. See Blanciak v. Allegheny Ludlum Corp., 77 F.3d 690, 698-99 (3d Cir. 1996) ("If developments occur during the course of adjudication that . . . prevent a court from being able to grant the requested relief, the case must be dismissed as moot.").